IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS


**THOMAS C. O'NEILL,**

                     **Petitioner,**

        v.                                    CASE NO. 13-3159-RDR

**UNITED STATES OF AMERICA,**

                     **Respondent.**


**MEMORANDUM AND ORDER**

This matter is a petition for habeas corpus filed pursuant to 28 U.S.C. § 2241. Petitioner, a federal prisoner at the Federal Correctional Institution, Texarkana, Texas, proceeds pro se. The court grants leave to proceed in forma pauperis.

Petitioner was convicted in the District of Kansas. *U.S. v. O'Neill*, 438 Fed. Appx. 661 (10th Cir. 2011). He seeks relief from the sentence imposed citing *Alleyne v. United States*, 133 S.Ct. 2151 (2013), which overruled prior U.S. Supreme Court case law and held:

> Any fact that, by law, increases the penalty for a crime is an "element" that must be submitted to the jury and found beyond a reasonable doubt. Mandatory minimum sentences increase the penalty for a crime, It follows, then, that any fact that increases the mandatory minimum is an "element" that must be submitted to the jury. 133 S.Ct. at 2155 (citation omitted).

A petition brought pursuant to 28 U.S.C. §2241 must be filed in the district where the petitioner is incarcerated. *See* 28 U.S.C. §2241(a). In contrast, a motion filed pursuant to 28 U.S.C. §2255 must be filed in the district where the petitioner was sentenced. *See* §2255

and *Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir. 1996).

Because petitioner is currently incarcerated in Texas, he may not proceed in this judicial district under § 2241. Rather, he must commence a petition in the district of his incarceration.

Finally, because the Supreme Court has not expressly determined that its holding in *Alleyne* should be applied retroactively, this court concludes it is not in the interest of justice to transfer this matter to the district court having jurisdiction to consider it. *See* 28 U.S.C. § 1631 and 28 U.S.C. § 2241(b).

IT IS, THEREFORE, BY THE COURT ORDERED petitioner's motion to proceed in forma pauperis (Doc. 2) is granted.

IT IS FURTHER ORDERED this matter is dismissed for lack of jurisdiction.

A copy of this order shall be transmitted to the petitioner.

**IT IS SO ORDERED.**

DATED: This 11th day of October, 2013, at Topeka, Kansas.

                                        S/ Richard D. Rogers
                                        RICHARD D. ROGERS
                                        U.S. Senior District Judge